## Commonwealth *v.* Scales, Appellant.

Submitted March 8, 1971.  *Richard D. Walker*, Public Defender, for appellant; *Jerome T. Foerster*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order and sentence affirmed.

## Commonwealth *v.* Seldon, Appellant.

Submitted September 14, 1970.  *Alexander Hemphill*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.